IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Student **DOE # 1 – # 8**<br><br>   Plaintiffs,<br><br>v.<br><br>**Donald J. TRUMP**, *et al.*<br>   Defendants. | Case No. 1:25-cv-04188<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Emergency Motion for a Temporary Restraining Order, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) Defendants' actions in terminating Plaintiffs' SEVIS record shall have no legal effect and shall not obstruct Plaintiffs' in continuing to pursue their academic and employment pursuits that each Plaintiff was authorized to pursue as an international student with F-1 status prior to the termination of the SEVIS records;

(b) Defendants are temporarily enjoined from arresting and detaining Plaintiffs pending these proceedings and/or removing Plaintiffs from the United States pending these proceedings;

(c) Defendants are temporarily enjoined from revoking or terminating any Plaintiffs' F-1 student status absent a valid ground as set forth in 8 C.F.R. § 214.1(d), and absent an adequate individualized pre-deprivation proceeding before an impartial adjudicator, in

which each Plaintiff is given the opportunity to review any adverse evidence and respond to such evidence before any new determination is made regarding their F-1 status;

(d) The Court waives the bond requirement under Federal Rule of Civil Procedure 65(c) in light of the public interest at stake and the lack of harm to Defendants resulting from temporary maintenance of the status quo.

**IT IS SO ORDERED**

Dated: April \_\_\_\_, 2025

_____
**Sara L. Ellis**
United States District Judge