# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Student Doe #1, et al.
                          Plaintiff,

v.                                              Case No.: 1:25−cv−04188
                                                    Honorable Sara L. Ellis

Donald J. Trump, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In−person hearing set on Plaintiffs' emergency motion for temporary restraining order [6] for 4/21/2025 at 1 p.m. in Courtroom 1403. If the government wishes to file a response, it must do so no later than 4/18/2025 at 5 p.m. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.