**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Student Doe #1, et al.
                Plaintiff,

v.                                       Case No.: 1:25−cv−04188
                                                      Honorable Sara L. Ellis

Donald J. Trump, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2025:

        MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 4/21/2025. Plaintiffs' emergency motion for temporary restraining order [6] is granted. Enter Order Granting Plaintiffs' Emergency Motion for Temporary Restraining Order. Plaintiffs' motion for leave to proceed under pseudonym and for protective order [11] is granted for the reasons stated on the record. Plaintiffs to file complaint under seal with the names of the plaintiffs and provide to United States the names, SEVIS identification number and birth date. Plaintiffs' motion for preliminary injunction is due by 4/24/2025; Defendants' response is due by 4/29/2025; and Plaintiffs' reply is due by 5/1/2025. By 5/4/2025, the parties should inform the Court if there will be witness testimony. Preliminary Injunction (in−person) hearing set for 5/5/2025 at 9:30 AM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.