IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Student **DOE # 1 – # 8**<br><br>　Plaintiffs,<br><br>v.<br><br>**Donald J. TRUMP**, *et al.*<br>　Defendants. | No. 25 C 4188<br><br>Judge Sara L. Ellis |

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Emergency Motion for a Temporary Restraining Order, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

1. Defendants shall fully reinstate Plaintiffs' Student and Exchange Visitor Information System ("SEVIS") records, retroactive to March 31, 2025. Further, Defendants' revocation of Plaintiffs' SEVIS records has no effect.

2. Once reinstated, Defendants shall not terminate Plaintiffs' SEVIS records during the pendency of this Temporary Restraining Order.

3. Plaintiffs' counsel shall provide a list of Plaintiffs' names, SEVIS ID numbers, and dates of birth to Defendants' counsel by 10:00 AM on Tuesday, April 22.

4. Defendants shall notify Plaintiffs' counsel of compliance with full SEVIS record reinstatement by Tuesday, April 22, 2025 at 5:00 PM.

5. Defendants are temporarily enjoined from arresting and detaining Plaintiffs pending these proceedings and/or removing Plaintiffs from the United States pending these proceedings;

6. The Court waives the bond requirement under Federal Rule of Civil Procedure 65(c) in light of the public interest at stake and the lack of harm to Defendants resulting from temporary maintenance of the status quo.

7. This Order takes effect immediately and shall continue until its expiration in fourteen (14) days.

**SO ORDERED** this 21st day of April, 2025 at 3:30 PM.

_____
SARA L. ELLIS
United States District Judge