UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Student Doe #1, et al.
                          Plaintiff,

v.                                                   Case No.: 1:25−cv−04188
                                                        Honorable Sara L. Ellis

Donald J. Trump, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court held a hearing on Plaintiffs' motion for preliminary injunction [23]. For the reasons stated on the record and in the Court's forthcoming written opinion, the Court grants Plaintiff's motion for preliminary injunction. Written opinion to follow. The parties should submit a status report on the status of the correction of Plaintiffs' SEVIS records as stated on the record by 5/8/2025. The Court sets a telephonic status hearing for 5/13 at 9:30 a.m. if needed. Plaintiffs shall file their amended complaint by 5/30/2025. Defendants' responsive pleadings are due by 7/31/2025. The Court sets the following discovery schedule: Rule 26 (a) disclosures due by 8/7/2025; written discovery production of the administrative record due by 8/29/2025; and if any discovery needs to be done, fact discovery shall close on 10/24/2025. Parties shall file a joint status report regarding the status of fact discovery, the status of any settlement discussions, and a proposed briefing schedule for any motion for summary judgment by 10/21/2025. The Court sets a further status hearing for 10/28/2025 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.